ACCEPTED
15-25-00213-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/23/2025 1:15 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00213-CV

# In the Court of Appeals for the Fifteenth Judicial District

FILED IN
15TH COURT OF APPEALS
AUSTIN, TEXAS
12/23/2025 1:15:58 PM
CHRISTOPHER A. PRINE
Clerk

# Austin, Texas

STATE OF TEXAS,

*Appellant*,

*v.*

ARITY 875, LLC,

*Appellee.*

On Appeal from the 457th Judicial District Court, Montgomery County

## MOTION FOR SUBSTITUTION OF LEAD COUNSEL

**TO THE HONORABLE FIRST COURT OF APPEALS:**

Under Texas Rule of Appellate Procedure 6.5, Appellant the State of Texas hereby gives notice that Assistant Attorney General Rick Berlin has left the employment of the Office of the Attorney General of Texas. Counsel requests that the Court permit the removal of Mr. Berlin as lead counsel for the Appellant in this matter, and requests the Court allow Deputy Division Chief for Consumer Protection Jennifer M. Roscetti to substitute as lead counsel.

Please send future communications relating to this appeal to:

Jennifer M. Roscetti
Deputy Division Chief, Consumer Protection
State Bar No. 24066685

1

Jennifer.Roscetti@oag.texas.gov
Office of the Attorney General of Texas
Consumer Protection Division
P.O. Box 12548
Austin, Texas 78711
Telephone: (512) 475-4183
Fax: (512) 473-8301

Respectfully submitted,

/s/ *Jennifer M. Roscetti*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for
Civil Litigation

JOHNATHAN STONE
Chief, Consumer Protection Division

JENNIFER M. ROSCETTI
Deputy Division Chief, Consumer Protection
State Bar No. 24066685
Jennifer.Roscetti@oag.texas.gov

Office of the Attorney General of Texas
Consumer Protection Division
P.O. Box 12548
Austin, Texas 78711
Telephone: (512) 463-2185
Fax: (512) 473-8301

*Counsel for Appellant*

# CERTIFICATE OF COMPLIANCE

Microsoft Word reports that this document contains 419 words, excluding exempted text.

/s/ *Jennifer M. Roscetti*
Jennifer M. Roscetti
Deputy Division Chief, Consumer Protection

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, a true and correct copy of the foregoing document, Motion for Substitution of Lead Counsel was served via the Court's electronic filing system, on Defendants Allstate Insurance Company, Allstate Vehicle and Property Insurance Company, Allstate Fire and Casualty Insurance Company, Arity LLC, and Arity Services, LLC, by and through their attorneys of record:

W. Reid Wittliff
State Bar No. 00791951
WITTLIFF CUTTER PLLC
510 Baylor St.
Austin, Texas 78703
Telephone: (512) 960-4866
Facsimile: (512) 960-4869
Email: reid@wittliffcutter.com

Jake Sommer, Pro Hac Vice
Kelsey Harclerode, Pro Hac Vice
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, D.C. 20036
Telephone: (202) 296-3585
Email: jake@zwillgen.com
kelsey@zwillgen.com

Sudhir V. Rao, Pro Hac Vice
ZWILLGEN PLLC
183 Madison Ave., Suite 1504
New York, NY 10016
Telephone: (646) 362-5590
Email: sudhir.rao@zwillgen.com

**ATTORNEYS FOR DEFENDANTS**

*/s/ Jennifer M. Roscetti*
Jennifer M. Roscetti
Deputy Chief, Consumer Protection Division

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Zoann Willis on behalf of Jennifer Roscetti
Bar No. 24066685
zoann.willis@oag.texas.gov
Envelope ID: 109415426
Filing Code Description: Motion
Filing Description: Motion to Substitution Lead Counsel_152500213
Status as of 12/23/2025 1:20 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniel T.Zwart | | daniel.zwart@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Kaylie Buettner | | Kaylie.Buettner@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Meredith Spillane | | Meredith.Spillane@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Richard RMcCutcheon | | richard.mccutcheon@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Tisha James | | Tisha.James@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Jake Evinger | | Jake.Evinger@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Jennifer Roscetti | | Jennifer.Roscetti@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Zoann Willis | | zoann.willis@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Zeilic Contreras | | Zeilic.Contreras@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Carlos Fernandez | | Carlos.Fernandez@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |
| Glenn Gallegos | | glenn.gallegos@oag.texas.gov | 12/23/2025 1:15:58 PM | SENT |

Associated Case Party: Arity 875, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| W. Reid Wittliff | | reid@wittliffcutter.com | 12/23/2025 1:15:58 PM | SENT |
| Jake Sommer | | jake@zwillgen.com | 12/23/2025 1:15:58 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Zoann Willis on behalf of Jennifer Roscetti
Bar No. 24066685
zoann.willis@oag.texas.gov
Envelope ID: 109415426
Filing Code Description: Motion
Filing Description: Motion to Substitution Lead Counsel_152500213
Status as of 12/23/2025 1:20 PM CST

Associated Case Party: Arity 875, LLC

| Jake Sommer | | jake@zwillgen.com | 12/23/2025 1:15:58 PM | SENT |
|---|---|---|---|---|
| Kelsey Harclerode | | kelsey@zwillgen.com | 12/23/2025 1:15:58 PM | SENT |
| Sudhir V. Rao | | sudhir.rao@zwillgen.com | 12/23/2025 1:15:58 PM | SENT |